# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:15-CR-65-RL-PRC |
| | ) | |
| JON DOUGLAS AIMUTIS, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A PLEA OF GUILTY BY DEFENDANT JON DOUGLAS AIMUTIS**

TO:   THE HONORABLE RUDY LOZANO, JUDGE,
       UNITED STATES DISTRICT COURT

Upon Defendant Jon Douglas Aimutis' request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on February 26, 2016, with the consent of Defendant Jon Douglas Aimutis, counsel for Defendant Jon Douglas Aimutis, and counsel for the United States of America.

The hearing on Defendant Jon Douglas Aimutis' plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Jon Douglas Aimutis under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Jon Douglas Aimutis,

I FIND as follows:

(1) that Defendant Jon Douglas Aimutis understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Jon Douglas Aimutis understands his right to trial by jury, to persist in

his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and to his right against compelled self-incrimination;

(3) that Defendant Jon Douglas Aimutis understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Jon Douglas Aimutis understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Jon Douglas Aimutis has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Jon Douglas Aimutis is competent to plead guilty;

(6) that Defendant Jon Douglas Aimutis understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Jon Douglas Aimutis' plea; and further,

I RECOMMEND that the Court accept Jon Douglas Aimutis' plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Jon Douglas Aimutis be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Jon Douglas Aimutis be adjudged guilty, a sentencing date before Judge Rudy Lozano will be scheduled. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

So ORDERED this 26th day of February, 2016.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT