# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:15-CR-65 |
| | ) | |
| JON DOUGLAS AIMUTIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Jon Douglas Aimutis (DE #31) filed on February 26, 2016. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Jon Douglas Aimutis, and **FINDS** the Defendant guilty of Count 1 of the Indictment.

This matter shall be set for sentencing via separate order.

**DATED: April 29, 2016**          /s/RUDY LOZANO, Judge
                                    **United States District Court**